# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BARBARA DeBUSSCHER,

      Plaintiff,                      Case No. 04-72319

v.                                      Hon. Gerald E. Rosen

SAM'S EAST, INC.,

      Defendant.

_____/

## JUDGMENT OF DISMISSAL

     At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     October 30, 2006

PRESENT: Honorable Gerald E. Rosen
                    United States District Judge

    The Court having this day entered an opinion and order granting Defendant's motion for summary judgment,

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be DISMISSED in its entirety with prejudice.


Dated: October 30, 2006

                                                 s/Gerald E. Rosen
                                                 Gerald E. Rosen
                                                 United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 30, 2006, by electronic and/or ordinary mail.

                                            s/LaShawn R. Saulsberry
                                            Case Manager